MICHAEL D. RAWLINS, PLLC
Michael D. Rawlins, NV Bar No. 5467
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
Telephone: (702) 832-1670
Facsimile: (702) 979-3723
michael@rawlins.law

*Attorneys for RC Willey Home Furnishings*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ailene M. Nieves,<br><br>        Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC; RC Willey Home Furnishings, Inc.; Capital One Bank, N.A.; The Toronto Dominion Bank; and JP Morgan Chase Bank, N.A.,<br><br>        Defendants. | Case No. 2:~~12~~23-cv-00844 APG-BNW<br><br>**STIPULATION RE EXTENSION TO RESPOND TO COMPLAINT; ORDER**<br><br>**(First Request)** |

Plaintiff Ailene M. Nieves and Defendant RC Willey Home Furnishings ("RC Willey") stipulate as follows:

RC Willey was served with the Summons and Complaint in this matter on June 5, 2023. Its answer is currently due June 26, 2023. The parties are in discussions about the merits of the complaint and investigating the facts in hopes of settling this action. Plaintiff has agreed to give RC Willey until July 14, 2023 to answer or otherwise respond to the complaint to give the parties time to attempt a settlement. The parties therefore stipulate to such extension and ask the Court to

////
////
////
////
////

*Stipulation Re Extension to Respond to Complaint; Order*

1

1  approve it.  This is the first request for such an extension.

3  FREEDOM LAW FIRM, LLC

4   /s/ *Gerardo Avalos*
   Gerardo Avalos, Esq. (NV 15171)
5  8985 S. Eastern Ave., Suite 100
   Las Vegas, NV 89123

7  *Attorneys for Plaintiff Ailene M. Nieves*

9  MICHAEL D. RAWLINS PLLC

11   /s/ *Michael D. Rawlins*
    Michael Rawlins, Esq. (NV 5467)
    3271 E. Warm Springs Rd.
12  Las Vegas, NV 89120

13  *Attorneys for RC Willey Home Furnishings*

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 20, 2023

MICHAEL D. RAWLINS, PLLC
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
Telephone: (702) 832-1670

**Stipulation Re Extension to Respond to Complaint; Order**
2