1  Joel E. Tasca
   Nevada Bar No. 14124
2  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
4  Facsimile:  702.471.7070
   tasca@ballardspahr.com
5
   *Attorney for Defendant JP Morgan Chase*
6

7

8               UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10 | AILENE M. NIEVES,                          | CASE NO.  2:23-cv-00844-APG-BNW
11 |     Plaintiff,                             |
                                                | **STIPULATION AND ORDER TO
12 | v.                                         | EXTEND TIME FOR DEFENDANT
                                                | JPMORGAN CHASE BANK, N.A. TO
13 | EQUIFAX INFORMATION SERVICES,              | RESPOND TO PLAINTIFF'S
   | LLC; RC WILLEY HOME                        | COMPLAINT**
14 | FURNISHINGS INC.; CAPITAL ONE              |
   | BANK, N.A., THE TORONTO                    | (First Request)
15 | DOMINION BANK; AND JPMORGAN                |
   | CHASE BANK, N.A.,                          |
16 |                                            |
17 |     Defendants.                            |

18

19      Plaintiff and Defendant JPMorgan Chase Bank, N.A. ("Chase") stipulate and
20 agree that Chase has up to and including July 6, 2023 to respond to Plaintiff's
21 Complaint (ECF No. 1), to provide Chase additional time to investigate Plaintiff's
22 allegations and for Chase to prepare a response.  The current deadline to file a
23 response is June 23, 2023. Therefore, pursuant to LR IA 6-1, this stipulation is
24 timely.
25      This is the first request for an extension, and it is made in good faith and not
26 for purposes of delay.
27      Dated:  June 23, 2023
28

DMFIRM #408285533 v1

| | |
|---|---|
| BALLARD SPAHR LLP | FREEDOM LAW FIRM LLC |
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* | By: /s/ Gerardo Avalos<br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br>(702) 880-5554<br>Info@freedomlegalteam.com<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 26, 2023