**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**JULIE A. FUNAI, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone:  (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com
jfunai@lgclawoffice.com

Attorneys for Defendant
TD Bank USA, N.A.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Ailene Nieves, | Case No.: 2:23-CV-00844-APG-BNW |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |
| v. | **(FIRST REQUEST)** |
| Equifax Information Services, LLC; RC Willey Home Furnishings, Inc.; Capital One Bank N.A.; The Toronto-Dominion Bank; and JPMorgan Chase Bank, N.A., | Current response date: June 26, 2023<br>New response date: July 17, 2023 |
| Defendants. | |

Pursuant to District of Nevada LR IA 6-1, Plaintiff Ailene Nieves ("Plaintiff") and Defendant TD Bank USA, N.A. ("TD Bank"), incorrectly identified in the case caption as "The Toronto-Dominion Bank,"[1] hereby stipulate that TD Bank's deadline to respond to Plaintiff's Complaint is extended by 21 days, up to and including July 17, 2023. TD Bank recently retained counsel in this action and requires additional time to receive and review the client documents related to the account

---

[1] TD Bank USA, N.A. was incorrectly identified in the case caption as "The Toronto-Dominion Bank," which is a separate and distinct entity and not a proper party to this litigation.

1  at issue in this matter, appropriately investigate the allegations in the Complaint, and prepare an
2  appropriate responsive pleading.
3      This is the first stipulation for an extension of time for TD Bank to respond to the Complaint.
4  The parties submit that this stipulation is made in good faith and not for any improper purpose or to
5  cause unnecessary delay.
6      Counsel for TD Bank attests that consent to the filing of this stipulation has been obtained
7  from counsel for Plaintiff.

| DATED this 23rd day of June, 2023. | DATED this 23rd day of June, 2023. |
|---|---|
| **FREEDOM LAW FIRM** | **LINCOLN, GUSTAFSON & CERCOS** |
| */s/ Gerardo Avalos* | */s/ Loren S. Young* |
| **GERARDO AVALOS, ESQ.**<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 100<br>Las Vegas, NV 89123<br>Attorneys for Plaintiff,<br>Ailene Nieves | **LOREN S. YOUNG, ESQ.**<br>Nevada Bar No. 7567<br>**JULIE A. FUNAI, ESQ.**<br>Nevada Bar No. 8725<br>7670 W. Lake Mead Blvd., Suite 200<br>Las Vegas, NV 89128<br>Attorneys for Defendant,<br>TD Bank USA, N.A. |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 4:19 pm, June 26, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**