MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
KRAVITZ SCHNITZER
WATSON & JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 362-6666
Facsimile:   (702) 362-2203
mesposito@ksjattorneys.com
*Attorneys for Defendant*
*Capital One Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Ailene M. Nieves,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC; RC Willey Home Furnishings, Inc.: Capital One Bank, N.A.<br><br>　　　　　Defendants, | Case No.:  2:23-cv-00844-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER REPONSE** |

　　　　Plaintiff, Ailene M. Nieves, (hereinafter "Plaintiff"), by and through its attorneys of record, the law firm FREEDOM LAW FIRM, and CAPITAL ONE BANK, N.A., (hereinafter "Defendant"), by and through its attorneys of record, the law firm KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., hereby stipulate and agree as follows:

　　　　1.　Plaintiff filed her Complaint for Damages Pursuant to the Fair Credit Reporting Act on May 30, 2023;

　　　　2.　Defendant's deadline to respond, move or otherwise plead to the Complaint is June 27, 2023;

　　　　3.　Plaintiff and Defendant have agreed to continue Defendant's responsive deadline until July 27, 2023;

　　　　4.　This continuance will allow Defendant to marshal and review its records pertaining to the allegations in the Complaint, and allow the Parties time to meaningfully discuss the merits

1  of the same.

2      5.  This is the first stipulation between the Plaintiff and Defendant to extend the time for Defendant to respond, move, or otherwise plead to the Complaint and it is not being entered into for purposes of delay.

DATED this 26th day of June, 2023.                    DATED this 26th day of June, 2023.

KRAVITZ SCHNITZER                                      FREEDOM LAW FIRM, LLC
JOHNSON & WATSON, CHTD.

*/s/ Michael R. Esposito, Esq.*                        */s/ Gerardo Avalos, Esq.*
MARTIN J. KRAVITZ, ESQ.                                GEORGE HAINES, ESQ.
Nevada Bar No. 83                                      Nevada Bar No. 9411
MICHAEL R. ESPOSITO, ESQ.                              GERARDO AVALOS, ESQ.
Nevada Bar No. 13482                                   Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 200                      8985 S. Eastern Avenue, Suite 100
Las Vegas, Nevada 89123                                Las Vegas, Nevada 89123
*Attorneys for Defendant*                              *Attorneys for Plaintiff*
*Capital One Bank, N.A.*                               *Ailene M. Nieves*

## ORDER

IT IS SO ORDERED.
DATED: June 27, 2023

_____
U.S. MAGISTRATE JUDGE