1  Joel E. Tasca
   Nevada Bar No. 14124
2  David E. Chavez
   Nevada Bar No. 15192
3  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
4  Las Vegas, Nevada 89135
   Telephone:  702.471.7000
5  Facsimile:  702.471.7070
   tasca@ballardspahr.com
6
   *Attorney for Defendant JP Morgan Chase*
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Ailene M. Nieves, | CASE NO. 2:23-cv-00844-APG-BNW |
|---|---|
| Plaintiff, | **Joint Motion to Extend Time for Defendant JPMorgan Chase Bank, N.A. to Respond to Plaintiff's Complaint** |
| v. | |
| Equifax Information Services, LLC; RC Willey Home Furnishings Inc.; Capital One Bank, N.A., The Toronto Dominion Bank; and JPMorgan Chase Bank, N.A., | **(Second Request)** |
| Defendants. | |

The operative deadline for defendant JPMorgan Chase Bank, N.A. ("Chase") to respond to the complaint by plaintiff Ailene Nieves (ECF No. 1) is July 6, 2023. (ECF No. 17.) Chase has requested, and plaintiff has agreed, that this deadline should be extended up to and including July 27, 2023.

The Court can extend the July 6 deadline upon a showing of good cause. Fed. R. Civ. P. 6(b)(1). Here, good cause exists to support the parties' request because the additional time will allow Chase to continue investigating plaintiff's allegations and for the parties to discuss a potential resolution of plaintiff's claims.

[continued on following page]

DMFIRM #408423467 v1

This is the second request for an extension, and it is made in good faith and not for purpose of delay.

Dated: July 6, 2023

| BALLARD SPAHR LLP | FREEDOM LAW FIRM LLC |
|---|---|
| By: /s/ David E. Chavez<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>David E. Chavez, Esq.<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* | By: /s/ George Haines<br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, Nevada 89123<br>(702) 880-5554<br>Info@freedomlegalteam.com<br><br>*Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED:

_____
U.S. Magistrate Judge

DATED: July 7, 2023

DMFIRM #408423467 v1                                    2