MICHAEL D. RAWLINS, PLLC
Michael D. Rawlins, NV Bar No. 5467
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
Telephone: (702) 832-1670
Facsimile: (702) 979-3723
michael@rawlins.law

*Attorneys for RC Willey Home Furnishings*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Ailene M. Nieves,<br><br>           Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC; RC Willey Home Furnishings, Inc.; Capital One Bank, N.A.; The Toronto Dominion Bank; and JP Morgan Chase Bank, N.A.,<br><br>           Defendants. | Case No.  2:23-cv-00844 APG-BNW<br><br>**STIPULATION OF DISMISSAL OF CLAIMS AGAINST RC WILLEY; ORDER** |

1

1    Please take notice that, pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Ailene M. Nieves and Defendant RC Willey Home Furnishings ("RC Willey") have stipulated that the claims against RC Willey set forth in the Complaint are dismissed without prejudice, each party to bear its own fees and costs.

FREEDOM LAW FIRM, LLC

/s/ *Gerardo Avalos*
Gerardo Avalos, Esq. (NV 15171)
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
*Attorneys for Plaintiff Ailene M. Nieves*

MICHAEL D. RAWLINS PLLC

/s/ *Michael D. Rawlins*
Michael Rawlins, Esq. (NV 5467)
3271 E. Warm Springs Rd.
Las Vegas, NV 89120

*Attorneys for RC Willey Home Furnishings*

IT IS SO ORDERED

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: July 14, 2023

MICHAEL D. RAWLINS, PLLC
3271 E. Warm Springs Rd.
Las Vegas, Nevada 89120
Telephone: (702) 832-1670