George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Ailene Nieves*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ailene Nieves,<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC; RC Willey Home Furnishings, Inc.; Capital One Bank, N.A.; The Toronto-Dominion Bank; and JPMorgan Chase Bank, N.A.,<br><br>Defendant(s). | Case No.: 2:23-cv-00844-APG-BNW<br><br>**Stipulation for dismissal of Capital One Bank, N.A. with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Ailene Nieves and Capital One Bank, N.A. stipulate to dismiss Plaintiff's claims against Capital One Bank, N.A. with prejudice.

///
///
///

_____

STIPULATION                              - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 18, 2023.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Ailene Nieves*

**KRAVITZ, SCHNITZER, JOHNSON & WATSON, CHTD**

/s/ Michael R. Esposito
Michael R. Esposito, Esq.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Counsel for Capital One Bank, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: August 21, 2023