George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Ailene M. Nieves*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ailene M. Nieves,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Equifax Information Services, LLC; RC Willey Home Furnishings, Inc.; Capital One Bank, N.A.; The Toronto-Dominion Bank; and JPMorgan Chase Bank, N.A.,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-00844-APG-BNW<br><br>**Stipulation of dismissal of TD Bank USA, N.A. with prejudice** |

STIPULATION          - 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Ailene M. Nieves and TD Bank USA, N.A. (erroneously named as "The Toronto-Dominion Bank") stipulate to dismiss Plaintiff's claims against TD Bank USA, N.A. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 21, 2023.

**FREEDOM LAW FIRM**

/s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**LINCOLN, GUSTAFSON & CERCOS, LLP**

/s/ *Loren S. Young*
Loren S. Young, Esq.
7670 W. Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
*Counsel for Defendant TD Bank USA, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: August 22, 2023

STIPULATION                - 2 -